**2010–0688. State ex rel. Goins v. Nastoff.**

In Mandamus and Procedendo. Reported at 125 Ohio St.3d 1459, 2010-Ohio-2753, 928 N.E.2d 736. On motion for reconsideration. Motion denied.

LANZINGER, J., dissents.

# CASE ANNOUNCEMENTS

*August 26, 2010*

[Cite as *08/26/2010 Case Announcements*, 2010-Ohio-3988.]

## MOTION AND PROCEDURAL RULINGS

**1996–1149. State v. Keith.**

Crawford App. No. 3–94–14. By entry filed February 2, 2010, this court ordered that appellant's sentence be carried into execution on Wednesday, September 15, 2010. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including but not limited to the filing requirements imposed by S.Ct.Prac.R. 14.1.

It is further ordered that service of documents as required by S.Ct.Prac.R. 14.2 shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in or issued by any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

**2009–1292. State ex rel. Doner v. Logan.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto.

Upon consideration of relators' motion for leave to file a supplement to the presentation of evidence,

It is ordered that the motion for leave to file a supplement to the presentation of evidence is denied.

CUPP, J., not participating.

**2010–1406. State v. Pickens.**

Hamilton C.P. No. B–0905088. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of execution scheduled for October 18, 2010,

It is ordered by the court that the motion is granted.